PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE Southern DISTRICT OF TEXAS
## Houston DIVISION

United States Courts
Southern District of Texas
F I L E D

NOV 24 2025

Nathan Ochsner, Clerk of Court

Samuel Tillman SPN# 03266644
Plaintiff's Name and ID Number

Harris County Sheriff's Office, Jail
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

Officer A. Kasierski - 172528
Defendant's Name and Address

Officer MA Lopez - 168724
Defendant's Name and Address

City of Houston                    also see EXHIBIT A #1
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: __8/4/23__
      2. Parties to previous lawsuit:
        Plaintiff(s) __Samuel Tillman__
        Defendant(s) __Det. Brian Walsh, Det. Lt. Dinoto, Det. Hamberger, Det. Bailey, ect__
      3. Court: (If federal, name the district; if state, name the county.) ____
      4. Cause number: __23-CV-06439__
      5. Name of judge to whom case was assigned: __Hon. Mark W. Pederson__
      6. Disposition: (Was the case dismissed, appealed, still pending?) __pending__
      7. Approximate date of disposition: __Unknown__

II.  PLACE OF PRESENT CONFINEMENT: Harris County Sheriff's Office Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? ✓ YES  ✓ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Samuel Guy Tillman SPN# 03266644, Harris County Sheriff's Office Jail, 700 N. San Jacinto Street, Houston, Texas 77002,

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Officer R. Kasierski — 172528

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: Officer M. Lopez — 168724

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: Officer R. Rodriguez — 169658

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: Officer D. Ortega — 170510

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: Officer Sgt C. Dinn — 150164

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Also See EXHIBIT A#2

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

See EXHIBIT A #3

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff Seeks Punitive Damages in amount $ 2,000,000 Compensatory damages in amount $ 1.2 million for Mental Anguish, loss of wages, loss of liberty, Pain and Suffering, and violation of Constitutional Rights/Tort damages

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Samuel Guy Tillman, Sammy, Sam

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Erie County - 114510, Harris County - SPN# 03266614, New York State - Din # 13B1683

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?    ___ YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____

    4. Have the sanctions been lifted or otherwise satisfied?    \_\_\_\_YES \_\_\_\_NO

C. Has any court ever warned or notified you that sanctions could be imposed?    \_\_\_\_YES \_\_\_\_NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _____

    2. Case number: _____

    3. Approximate date warning was issued: _____

Executed on: 11/11/25
DATE

_____
*Samuel Tillman*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this \_\_\_\_11th\_\_\_\_ day of \_\_\_November\_\_\_\_, 20 25 .
       (Day)          (month)    (year)

_____
*Samuel Tillman*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS.<br>**SAMUEL GUY TILLMAN**<br>9707 S GESSNER RD #3402<br>HOUSTON,TX 77074 | SPN: 03266644<br>DOB: B M 3/14/1990<br>DATE PREPARED: 3/20/2025 | D.A. LOG NUMBER: 3103400<br>CJIS TRACKING NO.: 9271937279A002<br>BY: SH  DA NO: 68910750<br>AGENCY: **HPD**<br>O/R NO: 158446224<br>ARREST DATE: 11/13/2024 |
| NCIC CODE: 500430<br>FELONY CHARGE: **RETALIATION** | RELATED CASES: SD: 1M | |
| CAUSE NO: 1893156<br>HARRIS COUNTY DISTRICT COURT NO: 177<br>FIRST SETTING DATE: | | COURT ORDERED BAIL:<br>PRIOR CAUSE NO:<br>CHARGE SEQ NUM: 2 |

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **SAMUEL GUY TILLMAN**, hereafter styled the Defendant, heretofore on or about **November 12, 2024**, did then and there unlawfully, intentionally and knowingly harm and threaten to harm R. Kasierski by an unlawful act, namely an Aggravated Assault, in retaliation for and on account of the service and status of R. Kasierski as a public servant.

**FILED**
Marilyn Burgess
District Clerk
MAR 21 2025
Time:
By: Aimee Hinojosa
Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman         496th

_[signature]_

FOREMAN OF THE GRAND JURY

**INDICTMENT**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

Filed 25 August 22 P12:08
Marilyn Burgess - District Clerk
Harris County

MOTION FILED OFF-DOCKET

CAUSE NO. 189315601010

| | | | |
|---|---|---|---|
| THE STATE OF TEXAS | § | IN THE 177TH DISTRICT COURT | Pgs-1 |
| VS. | § | OF | |
| TILLMAN, SAMUEL GUY | § | HARRIS COUNTY, TEXAS | DIDISM (998) |

OFFENSE: RETALIATION

## MOTION TO DISMISS

The State respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason: **Cannot prove beyond a reasonable doubt at this time. Subject to refile.**

WHEREFORE, PREMISES CONSIDERED, it is requested that the above entitled and numbered cause be dismissed.

Respectfully submitted,

_____
KIBLER, BRIANNA ROSE
Assistant District Attorney
Harris County District Attorney's Office
TBC No. 24109096
KIBLER_BRIANNA@DAO.HCTX.NET

## ORDER AND NOTICE

The foregoing motion having been presented to me on August 22, 2025, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause is hereby dismissed.

NOTICE: Pursuant to Article 38.50(d) of the Code of Criminal Procedure, the Court is notifying you that any toxicological evidence collected in your case pursuant to an investigation or prosecution of an offense under Chapter 49 of the Penal Code does not have to be retained or preserved and may be destroyed pursuant to the authority of Article 38.50(c)(3) and (e) if your indictment or information has been dismissed with prejudice.

SIGNED AND ENTERED on August 22, 2025.    _____
Judge Presiding
Harris County 177th District Court
Harris County, Texas